UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLUFUNKE ADENIRAN, § § Plaintiff, § VS. § WILMINGTON SAVINGS FUND SOCIETY, § FSB, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:17-CV-2241 |

## SCHEDULING ORDER

1. March 30, 2018      **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. April 30, 2018      Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. May 31, 2018      Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. June 30, 2018      **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. July 31, 2018      **MOTIONS DEADLINE**
Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may <u>not</u> be changed by agreement.

**JOINT PRETRIAL ORDER**

5a.  October 5, 2018            THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date.  (Where available, Defendant should supply Plaintiff with an electronic copy).

5b.  October 15, 2018           THE PLAINTIFF is responsible for filing the pretrial order on this date.  All Motions in Limine must also be filed by this date.

6.   October 26, 2018           **DOCKET CALL** is set at 2:30 p.m. in Courtroom 8C.

7.   October 29, 2018           **TRIAL** is set for 9:00 a.m. in Courtroom 8C
                                Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on   January 26, 2018           , at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE