United States District Court
Southern District of Texas
**ENTERED**
October 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUFUNKE ADENIRAN, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-02241 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER**

After considering Plaintiff's Opposed Motion for Continuance of Defendant's Motion for Summary Judgment and Motion to Amend Scheduling Order, (Doc # 26), and Response in Opposition, (Doc # 29), the Motion is DENIED.

It is so ORDERED. 10/15/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge