United States District Court
Southern District of Texas
**ENTERED**
April 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUFUNKE ADENIRAN, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 4:17-CV-2241 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING AGREED MOTION TO REMAND

Came on this day the Parties' Agreed Motion to Remand. Having considered the Motion, the Court finds that the Motion is well-taken and should be, and hereby is, GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED the Agreed Motion to Remand is GRANTED and this matter is therefore remanded to the 61st Judicial Court of Harris County, Texas.

It is further hereby ORDERED, ADJUDGED, and DECREED that all taxable costs, expenses, and attorney fees shall be borne by the party incurring same.

Signed this the 24th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION TO REMAND – Solo